1 DAYLE ELIESON
Acting United States Attorney
2 BLAINE T. WELSH
Chief, Civil Division
3 District of Nevada

4 ELLINOR R. CODER
   Special Assistant United States Attorney
5    Social Security Administration
   160 Spear St., Suite 800
6    San Francisco, CA 94105
   Telephone: (415) 977-8955
7    Facsimile: (415) 744-0134
   Email: Ellinor.Coder@ssa.gov
8 Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DARRIN DUHAMEL, | Case No.: 2:17-cv-02858-GMN-GWF |
| Plaintiff, | |
| vs. | **MOTION FOR EXTENSION OF TIME** (*FIRST REQUEST*) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), respectfully requests that the Court extend the time for Defendant to file her answer, due on February 6, 2018, by 30 days, through and including March 8, 2018. This is Defendant's first request for an extension of time.

The instant request is not intended to cause delay and is necessary because the agency has not yet completed the administrative record.

Counsel for Defendant left a voicemail on Plaintiff's telephone number on February 5, 2018 at 9:32 am., but as of the time of filing, has not received a response.

-1-

Respectfully submitted this 6th day of February 2018.

DAYLE ELIESON
Acting United States Attorney

//s// *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant United States Attorney


IT IS SO ORDERED:

Hon. GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

DATED: 2/07/2018