# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARRIN DUHAMEL,

        Plaintiff,

vs.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

        Defendant.

Case No. 2:17-cv-02858-GMN-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion for Pro Se Litigant to File Electronically (ECF No. 13), filed on February 14, 2018.

Plaintiff requests permission to file all future pleadings electronically through the Court's CM/ECF filing system. Plaintiff represents that he was previously granted electronic filing access on the CM/ECF system. Plaintiff did not provide the case name or number in which he was granted prior CM/ECF access and the Court was unable to locate such information. The Court will allow Plaintiff to file future documents electronically only after he has demonstrated a basic understanding and familiarity with the CM/ECF filing system. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Pro Se Litigant to File Electronically (ECF No. 13) is granted subject to complying with the following procedures in order to activate his CM/ECF account:

    a.    On or before **March 20, 2018**, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

b. Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

c. Upon timely filing of the certification, Plaintiff shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 20th day of February, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge