DAYLE ELIESON
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
District of Nevada

ELLINOR R. CODER
    Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    Email: Ellinor.Coder@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DARRIN DUHAMEL,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-02858-GMN-GWF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(*SECOND REQUEST*) |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), respectfully requests that the Court extend the time for Defendant to file her responsive brief, due on August 28, 2018, by 30 days, through and including September 27, 2018. This is Defendant's second request for an extension of time; the Court granted Defendant's first requested extension to respond to Plaintiff's Complaint (Dkt. 11).

Defendant requests this extension so that the parties may continue to discuss voluntary remand. Defendant proposed voluntary remand on August 23, 2018, and Plaintiff would like additional time to consider the proposed settlement terms. Plaintiff consents to this extension.

-1-

Respectfully submitted this 28th day of August 2018.

DAYLE ELIESON
United States Attorney

*//s// Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant United States Attorney

IT IS SO ORDERED:

Hon. GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

DATED: 8/29/2018