Darrin Duhamel
301 Banuelo Drive
Henderson, NV 89014
702.439.8054
darrinduhamel@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| DARRIN DUHAMEL, | CASE NO.: 2:17-CV-02858-GMN-GWF |
|---|---|
| Plaintiff, pro se | PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONDCE TO DEFENDANT'S CROSS-MOTION TO REMAND FOR FURTHER PROCEEDINGS |
| vs. | |
| NANCY A. BERRYHILL, | |
| Defendant | |

    I, Darrin Duhamel, the Plaintiff in the above-named proceeding, respectfully move this Court to provide me with an additional 30 days for which to file my response to the Defendant's (Dkt. 57) cross-motion to remand my case back to the Social Security Administration for further proceedings. While the Defendant has been approved for two extensions of time, this is my first such request.

    On Monday of this week I underwent a minor surgical procedure on my back to implant a peripheral nerve stimulator directly on the nerve pathways from my lower extremities in the hope that it will aid in the lessening of my daily pain.

Dated this 5th day of October 2018      */s/ Darrin Duhamel*

                                                                                  Darrin Duhamel, *Pro se*

IT IS SO ORDERED:

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE
DATED: 10/09/2018

1