Darrin Duhamel
301 Banuelo Drive
Henderson, NV 89014
702.439.8054
darrinduhamel@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

DARRIN DUHAMEL,

Plaintiff, pro se

vs.

NANCY A. BERRYHILL,

Defendant

CASE NO.: 2:17-CV-02858-GMN-GWF

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S CROSS-MOTION TO REMAND FOR FURTHER PROCEEDINGS**

I, Darrin Duhamel, the Plaintiff in the above-named proceeding, respectfully move this Court to provide me with an additional 14 days for which to file my response to the Defendant's (Dkt. 57) cross-motion to remand my case back to the Social Security Administration for further proceedings. This is my second such request.

I have been attempting Microsoft's voice recognition capabilities to assist with the drafting of my response. While it is better than typing, it has a long learning curve, especially given the hoarseness of my voice.

Monday, November 05, 2018

*/s/ Darrin Duhamel*

Darrin Duhamel, *Pro se*

IT IS SO ORDERED:

_George Foley Jr._

UNITED STATES MAGISTRATE JUDGE
DATED: 11/06/2018

1