NICHOLAS A. TRUTANICH, NV No. 13644
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
District of Nevada

ELLINOR R. CODER
   Special Assistant United States Attorney
   Social Security Administration
   160 Spear St., Suite 800
   San Francisco, CA 94105
   Telephone: (415) 977-8955
   Facsimile: (415) 744-0134
   Email: Ellinor.Coder@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARRIN DUHAMEL, | Case No.: 2:17-cv-02858-GMN-EJY |
|     Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** (***THIRD REQUEST***) |
| ANDREW SAUL, Commissioner of Social Security, | |
|     Defendant. | |

Defendant Andrew Saul, Commissioner of Social Security ("Defendant"), respectfully requests that the Court extend the time for Defendant to file a response to the Magistrate Judge's Report and Recommendation by seven (7) days, through and until October 7, 2019. This is Defendant's third request for an extension of time. The Court granted Defendant's first requested extension to respond to Plaintiff's Complaint (Dkt. 11) and second requested extension to allow additional time for the parties to discuss voluntary remand (Dkt. 56).

Defendant moved to voluntarily remand this case for further proceedings (Dkt. 57). At issue in the parties' merits briefs were the terms of that remand. Defendant requests additional

-1-

time to respond to the Magistrate Judge's Report and Recommendation (Dkt. 68) due to workload conflicts. The undersigned counsel drafted and filed three merits briefs, one stipulation to remand, and an answer during the 14-day period for response to the Report and Recommendation. In addition, the Commissioner's response must be reviewed by supervisory personnel who require additional time due to tasks associated with the fiscal year end.

The undersigned contacted Plaintiff on September 26, 2019, and Plaintiff indicated that he consents to this extension.

Respectfully submitted this 30th day of September 2019.

NICHOLAS A. TRUTANICH
United States Attorney

//s// *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED this __1__ day of October, 2019.

# CERTIFICATE OF SERVICE

I, Ellinor R. Coder, certify that the following individual was served with a copy of the UNOPPOSED MOTION FOR EXTENSION OF TIME on the date and via the method of service identified below:

CM/ECF:

Darrin Duhamel
301 Banuelo Drive
Henderson, NV 89014

Dated this 30th day of September 2019.

>          //s// *Ellinor R. Coder*
>          ELLINOR R. CODER
>          Special Assistant United States Attorney