UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARRIN DUHAMEL,<br><br>    Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:17-CV-002858-GMN-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's [Third] request for extension of time to respond to Amended Report and Recommendation.

IT IS HEREBY ORDERED that Plaintiff's Motion (ECF No. 73) is GRANTED and Plaintiff shall have through and including October 28, 2019 to file a response.

IT IS FURTHER ORDERED that no further extensions shall be granted.

DATED: October 21, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1